UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., | Case No. 2:25-cv-04718-FLA (Ex) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION** |
| BEACH BUNNY SWIMWEAR, INC., *et al.*, | |
| Defendants. | |

Pursuant to the parties' Stipulation to Extend Time to Respond to Complaint by Not More than 30 Days (Dkt. 13), Defendant Beach Bunny Swimwear, Inc.'s ("Defendant") deadline to respond to the Complaint was July 28, 2025.  Dkt. 13. Defendant has not filed an Answer or other response to the Complaint as of the date of this Order.  Plaintiff BackGrid USA, Inc. ("Plaintiff"), in turn, has not filed a request for the entry of Defendant's default or any other document.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within fourteen (14) days of the date of this Order why the court should not dismiss the action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely may result in the dismissal of the action without further notice.  The filing of a request for entry of default shall constitute a sufficient response to the OSC.  *See* Fed. R. Civ. P. 55(b)(2).

IT IS SO ORDERED.

Dated: March 9, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2